

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00455-CR

| | | |
|---|---|---|
| QUINLON DAJUAN JENKINS, Appellant | § | On Appeal from the 89th District Court |
| | § | of Wichita County (56039-C) |
| V. | § | November 21, 2018 |
| | § | Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
    Justice Lee Gabriel